UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21185-CIV-WILLIAMS

ASH-LYNN SINGLETON,

    Plaintiff,

vs.

MAURY COBB ATTORNEY AT LAW, LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal with prejudice. (DE 10). Upon review of the notice and the record, this action is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 6th day of September, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE